IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| AWP, INC., an Ohio Corporation, </br></br> Plaintiff, </br></br> v. </br></br> SOUTHEASTERN TRAFFIC SUPPLY, LLC, BRIAN SINAR, AUGUSTO SIKAFFY, DANIEL JEZIORKOWSKI, TIMOTHY DAVENPORT, ROSS SMITH and JOHN DOES 1 THROUGH 10. </br></br> Defendants. | Cause No. 8:19-cv-01516-MSS-JSS |

## MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT TIMOTHY DAVENPORT

Plaintiff AWP, Inc., through counsel and pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 1.07(b), hereby applies to the Clerk for entry of default against Defendant Timothy Davenport ("Defendant Davenport"). In support of such application, Plaintiff shows as follows:

1. Plaintiff filed its complaint in this action on June 21, 2019 (Doc. 1).

2. As shown by the attached Affidavit of Service (Doc. 20), process server Bill Rose personally served Defendant Timothy Davenport with the complaint and summons on July 6, 2019 at 10:50 a.m.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i) Defendant Davenport's deadline for filing an answer or other responsive pleading was July 29, 2019.

4. As of the filing of this Motion, Defendant Davenport has failed to file any answer or other pleading responsive to the complaint with which he was served.

5. Federal Rule of Civil Procedure 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the Clerk must enter the party's default."

6. Local Rule 1.07(b) provides, in relevant part, that "[w]hen service of process has been effected but no appearance or response is made within the time and manner provided by Rule 12, Fed.R.Civ.P., the party effecting service shall promptly apply to the Clerk for entry of default pursuant to Rule 55(a), Fed.R.Civ.P."

7. Because Defendant Davenport has failed to file any timely answer or responsive pleading, and has failed to otherwise defend the action, the Clerk must enter default against him pursuant to the above quoted rules.

WHEREFORE, Plaintiff AWP, Inc. respectfully applies to the Clerk of Court for entry of default against Defendant Timothy Davenport.

This the 23rd day of August, 2019.

                                                *s/ Robin Taylor Symons*
Robin Taylor Symons, FBN 356832
Rsymons@gordonrees.com
Jacqueline M. De Leon, FBN 115576
Jmdeleon@gordonrees.com
GORDON & REES
SCULLY MANSUKHANI
100 SE Second Street, Suite 3900
Miami, Florida 33131
Tel: 305-428-5330  Fax: 877-644-6209
*-and-*
Jack. M. Strauch, admitted *Pro Hac Vice*
jstrauch@sgandm.com
R. Austin Oyler, admitted *Pro Hac Vice*
aoyler@sgandm.com
Strauch Green & Mistretta, P.C.
154 Dornach Way
Bermuda Run, NC 27006
Tel: 336-837-1061  Fax: 336-725-8867
**Counsel for Plaintiff AWP, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 23, 2019, the foregoing document was filed with the Clerk of Court by using the CM/ECF system, that will serve a true and correct copy by electronic notice on all counsel or parties of record listed on the Service List below.

*s/ Robin Taylor Symons*
Robin Taylor Symons

Service List

Carlotta J. Roos
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Ste. 5300
Miami, FL  33131-2339
croos@morganlewis.com
*Counsel for Defendants Southeastern Traffic Supply, LLC Brian Sinar, Augusto Sikaffy, Daniel Jeziorkowski, Ross Smith*

Timothy Davenport
5400 Coraci Blvd.
Unit 5204
Port Orange, FL 32128
Tdavenport24@gmail.com