## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Southern FL

Case Number: 8:19-CV-01516-MSS-JSS

Plaintiff:
**AWP, INC. an Ohio Corporation**

vs.

Defendant:
**SOUTHERN TRAFFIC SUPPLY, INC., BRIAN SINAR, AUGUSTO SIKAFFY, DANIEL JEZIORKOWSKI, TIMOTHY DAVENPORT, ROSS SMITH and JOHN DOES 1 THROUGH 10**

For:
Jacqueline De Leon
Gordon & Rees, LLP
100 Se 2nd Street
Suite 3900
Miami, FL 33131

Received by BILL ROSE on the 5th day of July, 2019 at 10:00 am to be served on **Timothy Davenport, 5400 Coraci Boulevard, Unit 5204, Port Orange, FL 32128.**

I, BILL ROSE, being duly sworn, depose and say that on the **6th day of July, 2019** at **10:50 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons In A Civil Action, Complaint, Civil Cover Sheet, Exhibits** with the date, my initials and hour of service endorsed thereon by me, to: **Timothy Davenport** at the address of: **5400 Coraci Boulevard, Unit 5204, Port Orange, FL 32128**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, defendant is not in the military service of the United States.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: WHITE, Height: 5'8", Weight: 160, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

State of Florida
County of _____
Subscribed and sworn to before me on the 8th day of July, 2019 by the affiant who is personally known to me.

Notary Public
Print Name _____

MAX GARCIA
MY COMMISSION # FF 975514
EXPIRES: July 18, 2020
Bonded Thru Notary Public Underwriters

**BILL ROSE**
Process Server

**DLE PROCESS SERVERS INC**
**1750 CORAL WAY**
**SUITE 300**
**Miami, FL 33145**
**(786) 220-9705**

Our Job Serial Number: DLE-2019027023

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

Case 8:19-cv-01516-MSS-JSS   Document 28-1   Filed 08/23/19   Page 2 of 2 PageID 215
Case 8:19-cv-01516-MSS-JSS   Document 20   Filed 08/20/19   Page 2 of 2 PageID 135
Case 8:19-cv-01516-MSS-JSS   Document 4   Filed 07/02/19   Page 7 of 12 PageID 83

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

7/6/19 10:50am
Timothy Davenport
B.R

AWP, INC. an Ohio Corporation

*Plaintiff(s)*

v.

Civil Action No. 8:19-cv-01516-MSS-JSS

SOUTHEASTERN TRAFFIC SUPPLY, INC., BRIAN SINAR, AUGUSTO SIKAFFY, DANIEL JEZIORKOWSKI, TIMOTHY DAVENPORT, ROSS SMITH and JOHN DOES 1 THROUGH 10

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TIMOTHY DAVENPORT
5400 Coraci Boulevard, Unit 5204
Port Orange, Florida 32128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacqueline M. De Leon, Esq.
GORDON & REES SCULLY MANSUKHANI
100 SE Second Street, Suite 3900
Miami, FL 33131
Telephone: 305-428-5330

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  Jul 02, 2019

*LourdesDelRio*

*Signature of Clerk or Deputy Clerk*