UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AWP, INC.,

    Plaintiff,

v.                                      Case No: 8:19-cv-1516-T-36JSS

SOUTHEASTERN TRAFFIC SUPPLY,
INC., BRIAN SINAR, AUGUSTO
SIKAFFY, DANIEL JEZIORKOWSKI,
TIMOTHY W. DAVENPORT, ROSS
SMITH and JOHN DOES,

    Defendants.
_____

## ENTRY OF DEFAULT

    Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **TIMOTHY W. DAVENPORT** in Tampa, Florida on the 26th day of August, 2019.

                                        ELIZABETH M. WARREN, CLERK

                                        s/CR, Deputy Clerk

Copies furnished to:

Counsel of Record